**Order entered August 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00940-CR

### HAZEM AHMED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-89052-2018**

## ORDER

Before the Court is appellant's August 28, 2019 motion to substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk to remove Jacob Robert Jenkins and to list Bruce Anton as counsel of record for appellant. All future correspondence should go to Bruce Anton, Udashen Anton, 2311 Cedar Springs Road, Ste. 250, Dallas, TX 75201.

/s/     BILL PEDERSEN, III
        JUSTICE